**FIFTH DIVISION**
**REESE,**
**MARKLE and LAND, JJ.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**https://www.gaappeals.us/rules**

**July 27, 2022**

# In the Court of Appeals of Georgia

A20A1806. THE STATE v. LANGLEY.

MARKLE, Judge.

After Dennis Mark Langley pled guilty to possession of a firearm by a convicted felon, the trial court imposed a sentence totaling ten years, to serve six months with the remainder on probation. The State appealed, and in *State v. Langley*, 358 Ga. App. 343 (855 SE2d 376) (2021), we reversed the trial court's imposition of the probated sentence. The Supreme Court of Georgia granted certiorari and reversed this Court's opinion, holding that the trial court was authorized to impose a probated sentence under OCGA § 17-10-1 (a) (1) (A). *Langley v. State*, 313 Ga. 141, 147-148 (2) (868 SE2d 759) (2022).

We now adopt the Supreme Court's decision as our own. Accordingly, the trial court's order sentencing Langley to a term that included a probated sentence is affirmed.

*Judgment affirmed. Reese and Land, JJ., concur*.